CHARLES KRENS, and Others, Appellants.— Order modified by providing that an immediate trial be had at the instance of defendants, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

VIVIAN HART, Appellant, v. OTHINE LABORATORIES, INC., Respondent.— Orders modified by allowing a full bill of costs to date to the plaintiff, including ten dollars costs of motion at Special Term, and as so modified affirmed, with ten dollars costs and disbursements of appeal to the appellant. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GOLDMEYER & ARNOLD, INC., Respondent, v. SODUS PACKING COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SIEGFRIED F. FLIESS, Respondent, v. H. RUSSELL BRAND and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SIEGFRIED F. FLIESS v. H. RUSSELL BRAND and Another.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of Supplementary Proceedings: HARRY FRANK and HERMAN BRODY, Judgment Creditors, Respondents, v. TILLINGHAST ESTATES, INC., Judgment Debtor, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LIBERTY MUTUAL INSURANCE COMPANY, Respondent, v. KINGSTON DRY DOCK AND CONSTRUCTION CO., INC., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARTHA N. CREGO, Respondent, v. W. HEYWARD DRAYTON, 3RD, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The verified bill of particulars to be served within ten days from service of order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of GEORGE H. STREETON, Respondent, for an Order Directing that an Arbitration Proceed between GEORGE H. STREETON and THE ROMAN CATHOLIC CHURCH OF THE IMMACULATE HEART OF MARY, in the Borough of Brooklyn, City of New York, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JAMES D. MCCAULEY, Respondent, v. OBSCANSKA ZALOZNA V KARLINE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FRANK E. ROONEY, Respondent, v. HUDSON AND MANHATTAN RAILROAD COMPANY, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

L. KAMSLY & SONS, INC., and Another, Respondents, v. THE AMERICAN CREDIT INDEMNITY COMPANY OF NEW YORK, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. The bill of particulars to be served within twenty